UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

DEC 1 4 2021

-against-

ORDER

JERMAL ARCHIBALD,

14 Cr. 812-02 (GBD)

Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for December 16, 2021 is adjourned to January 25, 2022 at 9:45am.

Dated: New York, New York
December 13, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge