**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

JERMAL ARCHIBALD,

Defendant.

------------------------------------ x

JAN 19 2022

ORDER

14 Cr. 812-02 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for January 25, 2022 is adjourned to February 22, 2022 at 9:45am.

Dated: New York, New York
January 19, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge