THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW



The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

March 4, 2022

*Via* **ECF**

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated:  **MAR 0 7 2022**

Re:   *United States v. Washington et al.,* 14 Cr. 812-2 (GBD)

Dear Judge Daniels,

As the Court is aware, I represent Jermal Archibald in the above-referenced matter pursuant to the Criminal Justice Act. The Defense requests, with the government's consent, that the scheduled March 8, 2022 supervised release hearing, be adjourned for six months. Mr. Archibald has agreed to the Probation Office's recommendation that he enter a halfway house under Probation's supervision for six months. Mr. Archibald remains gainfully employed.

Accordingly, the parties respectfully request that the Court modify the special conditions of Mr. Archibald's supervised release to mandate a six-month placement at a Bureau of Prisons halfway house facility. Probation consents to this modification.

Respectfully submitted,

/s/

César de Castro

cc: All Parties (*via* ECF)