UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JERMAL ARCHIBALD,

              Defendant.

------------------------------------x

ORDER

14 Cr. 812-02 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for March 8, 2022 is adjourned to September 20, 2022 at 9:45am.

Dated: New York, New York
       March 7, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge