**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

JERMAL ARCHIBALD,

               Defendant.
------------------------------------- x

ORDER

14 Cr. 812-02 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for September 20, 2022 will occur on April 26, 2022 at 9:45am.

Dated: New York, New York
      April 12, 2022

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge